**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 13-24450-CIV-LENARD/GOODMAN**

**BETTY JEAN WHITAKER,** personal representative of the Estate of **XAVIER JOHNSON,** deceased, and **VALERIE ANN THOMAS,** personal representative of the estate of **YOLANDA THOMAS,**

    Plaintiffs,

vs.

**MIAMI-DADE COUNTY,** a municipal entity**, EDGARDO GONZALEZ,** individually**, RAZIEL TEJEDA,** individually**, and UNKNOWN OFFICERS,** individually,

    Defendants.

_____/

## ORDER APPOINTING GUARDIAN AD LITEM

**THIS CAUSE** is before the Court on the Parties' Unopposed Motion for Approval of Minors' Settlement (D.E. 70), filed on June 9, 2015. Because the settlement involves minors, the Court finds it necessary to appoint a guardian ad litem to review the terms of the settlement agreement to ensure that its terms are fair to the minors and that the Parties have taken all steps necessary to preserve the interests of the minors.

Accordingly, it is **ORDERED AND ADJUDGED** that:

    **1.**    Jonathan E. Pollard is appointed to serve as guardian ad litem for the minor children (see Second Am. Compl. ¶¶ 10-13, 17-18);

Case No. 13-24450-CIV-LENARD/GOODMAN

2. Jonathan E. Pollard is directed to file a Guardian Ad Litem Report with the Court once he has reviewed the terms of the proposed settlement agreement. The Guardian Ad Litem Report shall:  (1) set forth the materials reviewed by the guardian ad litem; (2) state any physical, mental, and/or psychological damages suffered by the minor children; (3) state the current and projected costs of treatment for physical, mental, and/or psychological damages suffered by the minor children; (4) state whether the proposed settlement will adequately cover those current and projected costs; (5) set forth appropriate steps necessary to preserve the minor children's interest in the settlement; (6) state whether the proposed settlement takes appropriate steps necessary to preserve the minor children's interest in the settlement; (7) set forth the amount of attorney's fees and costs; (8) explain whether the type, quantity, and quality of the attorney's work in this case justifies the amount of attorney's fees; (9) set forth the experience and qualifications of Plaintiffs' attorney; and (10) state whether she recommends the Court approve the proposed settlement.  The Guardian Ad Litem Report shall be filed **UNDER SEAL** and within thirty (30) days of this Order; and

Case No. 13-24450-CIV-LENARD/GOODMAN

3. Plaintiffs, Plaintiffs' counsel, Defendants, and Defendants' counsel are directed to provide full and complete cooperation to the guardian ad litem.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of July, 2014.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**