UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 13-cv-24450-LENARD/GOODMAN

BETTY JEAN WHITAKER,
Personal Representative of the Estate of
XAVIER JOHNSON, deceased, and
VALERIE ANN THOMAS,
Personal Representative of the Estate of
YOLANDA THOMAS, deceased,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, a municipal entity,
EDGARDO GONZALEZ, individually,
RAZIEL TEJEDA, individually, and
UNKNOWN OFFICERS, individually,

    Defendants.
_____/

## PLAINTIFFS' RESPONSE TO REPORT OF GUARDIAN AD LITEM

    Plaintiffs, Betty Jean Whitaker, Personal Representative of the Estate of Xavier Johnson, deceased, and Valerie Ann Thomas, Personal Representative of the Estate of Yolanda Thomas, by and through undersigned counsel, hereby file this Response to Report of Guardian Ad Litem which was filed under seal on/or about July 20, 2015 and states as follows:

    1.    As this Court is aware the parties in this case have entered into a proposed Settlement Agreement.

    2.    On June 9, 2015, Plaintiffs filed an unopposed Motion for Approval of Minor Settlement.

3. On June 19, 2015, this Court entered an Order Appointing Jonathan Pollard, Esq. as the Guardian Ad Litem to review this case and the proposed settlement because it involves minor children who are the legal survivors in this matter.

4. Jonathan Pollard, Esq., the Court Appointed Guardian Ad Litem for the minor children, has reviewed various documents in this case and has issued a report detailing his review of the case which was filed with the Court.

5. Mr. Pollard believes that the costs and attorney's fees are entirely reasonable. Mr. Pollard recognized the difficulty of the case and that the settlement obtained reflected "positively on the quality" of the advocacy.

6. Ultimately Mr. Pollard has recommended that the Court deny the settlement until the issues raised in items 5 and 6 of his report are resolved and once those issues are resolved, he **recommends approval of the settlement**.

7. Items 5 and 6 essentially involve the appropriate steps necessary to preserve the settlement funds for the minor children's benefit.

8. Plaintiffs' counsel believes that Mr. Pollard's suggestions that the settlement funds for each minor child be placed in a restricted bank account for the benefit of each minor child, only to be released to each child when they turn 18 years old. This method is the most economical and efficient way to protect the settlement funds and interests of the minor children.

9. Plaintiffs' counsel hereby requests that this Court approve the settlement in this case and order the law firm of Gold & Gold, P.A. to open bank accounts at City National Bank, in Miami, Florida for the benefit of, and in the name of, each minor and for the funds to then be released to each child upon their individual 18th birthdays.

10. Plaintiffs' counsel also believe it is prudent for the Order to state that because Trolanda Howard is now an adult, her portion of the settlement funds should be released directly to her by the Law Offices of Gold & Gold, P.A. at this time.

11. Plaintiffs' counsel sees no other reasonable way for these funds to be protected as it does not appear Guardianships should be opened for these cases under these circumstances as the amount due to each child is less than $15,000.00.

12. Plaintiffs' counsel requests that any Order issued should be self-executing for the release of the funds, but also requests that although this Court will administratively dismiss this case, it should retain jurisdiction solely for the purpose of dealing with any future issues related to releasing the funds.

13. Of course, Plaintiffs' counsel is open to any other suggestions the Court may have to adequately protect the funds for the minor children.

WHEREFORE, Plaintiffs, Betty Jean Whitaker, Personal Representative of the Estate of Xavier Johnson, deceased, and Valerie Ann Thomas, Personal Representative of the Estate of Yolanda Thomas, by and through undersigned counsel, respectfully requests this Court grant Plaintiffs' Unopposed Motion for Approval of Minors' Settlement issuing an Order accordingly, as mentioned above, and granting any and other such relief as this Court deems just and necessary.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been served via the Court's CM/ECF system on **July 24, 2015** to all counsel on the Service List below.

        **GOLD & GOLD, P.A.**
        Attorneys for Plaintiffs
        2700 North Military Trail, Suite 100
        Boca Raton, FL 33431
        Telephone:   (561) 416-2882
        Facsimile:   (561) 997-6634
        Email Service:   pleadings@goldlawpa.com

        By: /s/ *[signature]*
        **David H. Gold, Esquire**
        Florida Bar No. 260436

        By: /s/ *[signature]*
        **Keith A. Pierro, Esquire**
        Florida Bar No.: 17446

## SERVICE LIST

Michael B. Valdes
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Fax: (305) 375-5634
E-mail: mbv@miamidade.gov
*Attorneys for Defendants*